IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR276-1 |
| | : | |
| WILLIAM FRANKLIN MCBRYDE | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

On November 18, 2021, Rowan County Deputy Beck conducted a traffic stop of a black Honda after discovering that the plate affixed to the vehicle was registered to a Pontiac Grand Am. Upon stopping the vehicle in the vicinity of the intersection of Highway 52 and Crescent Road, Beck learned that the driver and sole occupant of the vehicle was William McBryde. McBryde told Beck that he did not have a driver's license, and additional officers arrived on the scene to assist with the investigation. McBryde gave consent for a search of the Honda.

The search of the vehicle revealed a Mountain Dew box on the driver's side of the Honda which contained a vacuum sealed bag with approximately 199 grams of marihuana, as well as a digital scale. A loaded SCCY 9mm

handgun with a round chambered was located under the driver's seat. A second vacuum sealed baggy of approximately 185 grams of marihuana was located in the trunk.

McBryde was arrested and transported to the Sheriff's Department, where he was advised of his *Miranda* rights and interviewed. He said that he "just bought the car 45 minutes" prior to the traffic stop and that the "gun belonged to Darryl." The interviewers warned him that he was not being truthful, at which point McBryde admitted that the person who gave him the firearm asked him to keep it until he returned to the residence to retrieve it." McBryde also admitted that he was aware of the marihuana in the vehicle.

Prior to this incident, McBryde was indicted by a grand jury in Rowan County, North Carolina for the offense of felon in possession of a firearm on June 28, 2020 [20CRS51738]. McBryde was arraigned on that charge on December 9, 2020, and thus was aware he was under indictment at the time of the instant offense. In addition, notice of the indictment was mailed to him at his home of record on or about July 6, 2020. On January 3, 2022, ATF SA Joel Arnwine examined the SCCY 9mm pistol and determined it was manufactured outside North Carolina, and therefore had traveled in, or otherwise affected interstate or foreign commerce.

2

Case 1:22-cr-00276-CCE   Document 18   Filed 07/27/23   Page 2 of 4

This the 27th day of July, 2023.

                                  Respectfully submitted,

                                  SANDRA J. HAIRSTON
                                United States Attorney

                                /S/ TERRY M. MEINECKE
                                Assistant United States Attorney
                                NCSB # 27586
                                United States Attorney's Office
                                Middle District of North Carolina
                                101 South Edgeworth Street
                                Greensboro, NC   27401
                                Phone: 336-333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ames Chamberlin, Assistant Federal Public Defender.

/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB # 27586
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street
Greensboro, NC 27401
Phone: 336-333-5351